UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS DANNY SOTO,

                    Plaintiff,

        -against-

ENDEAVOR GROUP HOLDINGS, INC.,
A/K/A WILLIAM MORRIS ENDEAVOR,
A/K/A WME-ING, CALIFORNIA COMPANY,
ET. AL.,

                    Defendants.

25 CIVIL 01545 (LLS)

CIVIL JUDGMENT

        For the reasons stated in the April 15, 2026, order, the Court dismisses this action as

frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i).

        SO ORDERED.

Dated:    April 16, 2026

            New York, New York

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                        United States District Judge